

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00455-CR

**ERNEST RICKY GOODEN, JR.,**

                                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                             **Appellee**

_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-04209-CRM-272

_____

## MEMORANDUM  OPINION

_____

Appellant Ernest Ricky Gooden, Jr.'s notice of appeal in this case indicates that he is appealing from the judgment of conviction and sentence rendered against him in Trial Court Case No. 11-04778-CRF-272 (Court of Appeals Case No. 10-12-00374-CR) as well as in Trial Court Case No. 11-04209-CRM-272 (Court of Appeals Case No. 10-12-00455-CR).  The clerk's record in Trial Court Case No. 11-04778-CRF-272 (Court of Appeals Case No. 10-12-00374-CR) includes a judgment of conviction for harassment of a public servant.  The clerk's record in this case (Trial Court Case No. 11-04209-CRM-

272 & Court of Appeals Case No. 10-12-00455-CR) does not include a judgment of conviction or sentence, and it appears that no judgment of conviction or sentence exists in this case.

By letter dated April 10, 2013, the Clerk of this Court notified Gooden that this appeal (Court of Appeals Case No. 10-12-00455-CR) was subject to dismissal for want of jurisdiction because there is no judgment of conviction or other appealable order. The Clerk also warned Gooden that the Court may dismiss this appeal unless, within twenty-one days after the date of the letter, he showed grounds for continuing the appeal. No response has been received from Gooden showing grounds for continuing the appeal; therefore, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 16, 2013
Do not publish
[CR25]